IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-578 |
| | § | |
| ENSCO INTERCONTINENTAL GMBH *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

In accordance with this court's Memorandum and Opinion of today's date, this action is remanded to the to the 157th Judicial District Court of Harris County, Texas.

SIGNED on February 7, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge