IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD BUTLER | § | |
| | § | |
| VS. | § | C.A. NO. 4:16-CV-00578 |
| | § | |
| ENSCO INTERCONTINENTAL GMBH | § | |
| et al | § | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that ENSCO Intercontinental GmbH, ENSCO Limited and ENSCO Incorporated, the Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order of remand [Doc. No. 24] entered in this action on the 7th day of February, 2017.

Respectfully submitted,

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

*/s/ Robert L. Klawetter*
Robert L. Klawetter
State Bar No. 11554700
klawetter@easthamlaw.com
Christina K. Schovajsa
State Bar No. 24002910
schovajsa@easthamlaw.com
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, Texas  77002
Telephone: (713) 225-0905
Facsimile: (713) 225-2907

*Attorneys for Defendants*
*ENSCO Incorporated,*
*ENSCO Intercontinental GmbH*
*and ENSCO Limited*

22728♦7NJAG2111

2

**CERTIFICATE OF SERVICE**

  I certify that I filed the foregoing pleading on **February 15, 2017**, electronically, and that a true and correct copy of the foregoing will be served on all counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston Division.

*Via Electronic Filing System*
Jason A. Itkin
Cory D. Itkin
Arnold & Itkin, LLP
6009 Memorial
Houston, Texas 77007

              */s/ Robert L. Klawetter*
              Robert L. Klawetter