District Court
Southern District of Texas
FILED

SEP 2 2 2017

David J. Bradley, Clerk of Court

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

4:16cv578

No. 17-20101



A True Copy
Certified order issued Sep 22, 2017

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

RONALD BUTLER,

      Plaintiff - Appellee

v.

ENSCO INTERCONTINENTAL GMBH; ENSCO, LIMITED; ENSCO, INCORPORATED,

      Defendants - Appellants

---

Appeal from the United States District Court for the
Southern District of Texas, Houston

---

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of September 22, 2017, pursuant to the stipulation of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christina Gardner*

By: _____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 22, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 17-20101    Ronald Butler v. ENSCO Intercontinental
                       GmbH, et al
                       USDC No. 4:16-CV-578

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By:
                       Christina A. Gardner, Deputy Clerk
                       504-310-7684

cc w/encl:
    Mr. Cory Daniel Itkin
    Mr. Robert L. Klawetter
    Ms. Christina K. Schovajsa